# FOIA Request Regarding Immigration Detention and Transfers

Emma Bond <ebond@aclumaine.org>
Fri 1/15/2021 5:31 PM

**To:** ice-foia@ice.dhs.gov <ice-foia@ice.dhs.gov>; Boston.Outreach@ice.dhs.gov <Boston.Outreach@ice.dhs.gov>
**Cc:** Zach Heiden <heiden@aclumaine.org>; Anna Welch <anna.r.welch@maine.edu>; Erica Schair-Cardona <erica.schaircardona@maine.edu>; Mantis, Philip <PMantis@ilapmaine.org>

 1 attachments (111 KB)
ICE FOIA 1.15.2021.pdf;

Hello,
Attached, please find a FOIA request regarding immigration detention and transfers in Maine. Please feel free to contact me with any questions.
Sincerely,
Emma

**Emma Bond**
*pronouns: she/her/hers*
Legal Director
American Civil Liberties Union of Maine
PO Box 7860, Portland, ME 04112
▪ 207-619-8687
▪ ebond@aclumaine.org
www.aclumaine.org