Case 2:21-cv-00066-JAW    Document 4-3    Filed 03/04/21    Page 1 of 1    PageID #: 53

# Submitting FOIA Request

 The U.S. Immigration and Customs Enforcement (ICE) Freedom of Information Act Office (FOIA) will have limited access for processing incoming physical mail due to the national response to COVID-19. It is highly recommended that all correspondence regarding FOIA requests be sent electronically to ice-foia@ice.dhs.gov to avoid delay in processing.

 It has come to the attention of ICE that the call number to the ICE FOIA Office has been compromised and improperly used to target individuals. If you have received such a call or text message, please disregard it. Please know that the ICE FOIA Office does not directly call individuals to obtain personal information, facilitate transactions, or demand money. ICE is aware and is taking appropriate action to resolve the situation.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552 provides any individual a right of access to any non-exempt federal government record. The Privacy Act (PA), 5 U.S.C. § 552a provides lawful permanent residents and U.S. citizens a right of access to records filed in an agency system of records, which are retrieved by their name or personal identifier.

**ALL REQUESTS MUST BE SUBMITTED IN WRITING.** Form G-639 may be used for this purpose. You may also submit your request by using our online FOIA Request Form. Requests must be for access to existing records. The ICE FOIA Office will not "create" records for the purpose of responding to a FOIA or PA request.

FOIA excludes federal agencies from its definition of persons permitted to make FOIA requests [see 5 U.S.C. § 552(a)(3)(A) and 5 U.S.C. § 551(2)]. To avoid confusion as to whether employees are requesting information through FOIA in their personal or official capacities, it is the preference of the ICE FOIA Office that ICE employees submitting FOIA requests do so using their personal email accounts instead of their official email accounts. Moreover, since use agency letterhead is generally limited to official agency business, it is the preference of the FOIA office that employees refrain from submitting FOIA requests on agency letterhead.

Follow these steps to make a request:

- The request must include a daytime phone number so that we may contact you.
- Provide as much information as possible about the subject matter of the records you are requesting. This will help expedite the search process.
- You may mail your request to:

  U.S. Immigration and Customs Enforcement