## Fw: FOIA Request Regarding Immigration Detention and Transfers

Emma Bond <ebond@aclumaine.org>
Mon 2/22/2021 6:50 PM

**To:** ice-foia@dhs.gov <ice-foia@dhs.gov>; ice-foia@ice.dhs.gov <ice-foia@ice.dhs.gov>
**Cc:** Anna Welch <anna.r.welch@maine.edu>; Erica Schair-Cardona <erica.schaircardona@maine.edu>; Mantis, Philip <PMantis@ilapmaine.org>; Brown, Julia <JBrown@ilapmaine.org>; Zach Heiden <heiden@aclumaine.org>

📎 2 attachments (1 MB)
ICE FOIA 1.15.2021.pdf; ICE Webpage.pdf;

Hello,

This email seeks immediate production of records responsive to the attached FOIA request. On January 15, 2021, the Immigrant Legal Advocacy Project (ILAP), the University of Maine School of Law Refugee and Human Rights Clinic, and the American Civil Liberties Union of Maine Foundation sent the attached FOIA request to ice-foia@ice.dhs.gov, as instructed by ICE's website for "all correspondence regarding FOIA requests" during the COVID-19 pandemic. (See attached).

Since then, more than 20 business days have passed with no response. Please be aware that ICE is in default of its obligation to issue a decision within 10 days on the request for expedited processing, its obligation to determine within 20 business days whether to comply with the request, and its obligation to promptly provide the requested records.

We respectfully ask that you immediately produce all records responsive to the FOIA request. If you have any questions related to the request, please feel free to contact me at this email address, or by phone at 207-619-8687.

Sincerely,
Emma

**Emma Bond**
*pronouns: she/her/hers*
Legal Director
American Civil Liberties Union of Maine
PO Box 7860, Portland, ME 04112
▪ 207-619-8687
▪ ebond@aclumaine.org
www.aclumaine.org

---

**From:** Emma Bond
**Sent:** Friday, January 15, 2021 5:31 PM
**To:** ice-foia@ice.dhs.gov <ice-foia@ice.dhs.gov>; Boston.Outreach@ice.dhs.gov <Boston.Outreach@ice.dhs.gov>
**Cc:** Zach Heiden <heiden@aclumaine.org>; Anna Welch <anna.r.welch@maine.edu>; Erica Schair-Cardona <erica.schaircardona@maine.edu>; Mantis, Philip <PMantis@ilapmaine.org>
**Subject:** FOIA Request Regarding Immigration Detention and Transfers

Hello,

Attached, please find a FOIA request regarding immigration detention and transfers in Maine. Please feel free to contact me with any questions.

Sincerely,

Emma

**Emma Bond**
*pronouns: she/her/hers*
Legal Director
American Civil Liberties Union of Maine
PO Box 7860, Portland, ME 04112
▪ 207-619-8687
▪ ebond@aclumaine.org
www.aclumaine.org