**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IMMIGRANT LEGAL ADVOCACY PROJECT and AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:21-cv-00066-JAW<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENTED-TO MOTION FOR MODIFICATION OF THE PARTIES' SUMMARY JUDGMENT BRIEFING ORDER (DKT. #42)**

Defendant United States Immigration and Customs Enforcement ("ICE" or "Defendant"), by and through undersigned counsel, moves for a **thirty (30) day extension** for its response in opposition to Plaintiffs' cross-motion for summary judgment and reply in support of its motion for summary judgment ("Defendant's Summary Judgment Opposition and Reply"). Defendant's Summary Judgment Opposition and Reply is currently due on December 22, 2022.

1.      On August 17, 2022, the parties jointly proposed a schedule for summary judgment proceedings. *See* Dkt. #32.

2.      On August 18, 2022, the Court granted the parties' proposed schedule for summary judgment proceedings. *See* Dkt. #33.

3.      On October 14, 2022, Defendant filed its Motion for Summary Judgment. *See* Dkt. #36.

4.      On November 14, 2022, Plaintiffs filed their Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. *See* Dkts. #37, 39.

5.      On December 13, 2022, undersigned counsel for Defendant sought a five (5) day extension for additional time to confer with counsel for ICE regarding Defendant's Summary

Judgment Opposition and Reply. *See* Dkt. #41. Defendant's motion was granted on December 14, 2022, and Defendant's Summary Judgment Opposition and Reply is currently due on December 21, 2022. *See* Dkt. #42.

6.      Without conceding its defenses, Defendant is undertaking the burden of conducting two supplemental searches. These searches are described in Paragraphs 4 and 6 of the Supplemental Declaration of Fernando Pineiro dated December 16, 2022 attached hereto as **Exhibit A.**

7.      Counsel for both parties conferred via phone on December 19, 2022. Defendant shared its intentions to conduct two supplemental searches, and the parties agreed that it would be more efficient for Defendant to ascertain the timeline necessary for the agency to conduct these two supplemental searches and further information about the supplemental searches prior to Defendant filing its Summary Judgment Opposition and Reply. Undersigned counsel for Defendant is traveling internationally without email access from December 23 through January 8, but expects to share information about the agency's search timeline and search efforts as soon as reasonably practical so that the parties can evaluate whether (1) they wish to proceed with summary judgment briefing, or alternatively, (2) another extension request may be warranted for Defendant to review and produce responsive records to Plaintiffs, if any, prior to Defendant filing its Summary Judgment Opposition and Reply (should Defendant's two supplemental searches not fully resolve the parties' dispute).

8.      Accordingly, in the interest of the parties and the resources of the Court, Defendant respectfully requests a thirty (30) day extension for the deadline for Defendant to file its Summary Judgment Opposition and Reply, and a corresponding thirty (30) day extension for the deadline for Plaintiffs to file their Reply in Support of Summary Judgment, as follows:

a. Deadline for Defendant to file its Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment: December 21, 2022 ➔ **January 20, 2023**

b. Deadline for Plaintiffs to File their Reply in Support of Summary Judgment: January 13, 2023 ➔ **February 13, 2023**

9.      Defendant sought Plaintiffs' consent prior to filing this motion. Plaintiffs have indicated their consent.

Respectfully submitted,


DARCIE N. MCELWEE
United States Attorney

Dated: December 19, 2022                    */s/ Katelyn E. Saner*
KATELYN E. SANER
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 771-3257
Katelyn.Saner@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing to all counsel of record.

DARCIE N. MCELWEE
United States Attorney

*/s/ Katelyn E. Saner*
KATELYN E. SANER
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Katelyn.Saner@usdoj.gov