**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

---

IMMIGRANT LEGAL ADVOCACY
PROJECT and AMERICAN CIVIL
LIBERTIES UNION OF MAINE
FOUNDATION,

        *Plaintiffs,*

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        *Defendant.*

Civil Action No. 21-cv-00066

---

**SECOND SUPPLEMENTAL DECLARATION OF FERNANDO PINEIRO IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**I.      INTRODUCTION**

I, Fernando Pineiro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the FOIA Director of the U.S. Immigration and Customs Enforcement ("ICE") Freedom of Information Act ("FOIA") Office. I incorporate by reference the facts set forth in my declaration previously filed in this case dated August 30, 2022 (my "First Declaration") and my supplemental declaration filed in this case dated December 16, 2022 (my "Supplemental Declaration").

2.      I make this second supplemental declaration in my official capacity in further support of Defendant ICE's Motion for Summary Judgment in the above-captioned action. The statements contained in this second supplemental declaration are based upon my personal knowledge, my review of records kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

## II.    ADDITIONAL INFORMATION ABOUT ICE'S SUPPLEMENTAL SEARCHES.

3.    My Supplemental Declaration at Paragraph 4 stated that ICE had tasked a supplemental search of the Supervisory Detention and Deportation Officer ("SDDO") of the Boston Field Office's computer files using the terms "ICE transfers," "Detainee transfers," "Cumberland County Jail," "Sheriff Kevin Joyce," "Scarborough office," "Zoning Approval," "Scarborough office lease," and "COVID," as well as the term "Scarborough" on its own, as well as an additional search of his Outlook email using the standalone term "Scarborough." The SDDO's supplemental search is now complete. The SSDO's supplemental search returned four potentially responsive records, which have been sent for reviewed for responsiveness. Three of the four records will be produced to Plaintiffs by Friday, January 27, 2023. The fourth record, a 74-page lease titled Lease No. GS-01P-LME00266 for the Scarborough, Maine facility that originated at the U.S. General Services Administration ("GSA"), was previously produced to Plaintiffs on July 16, 2021 following ICE's referral of the record to GSA, and therefore this record was not re-referred to GSA or re-produced again to Plaintiffs.

4.    My Supplemental Declaration at Paragraph 6 stated that ICE was in the process of conducting a supplemental search for ERO inspection records relating to the Scarborough, Maine facility. ERO custody management conducted a search for ERO inspection reports relating to the Scarborough, Maine facility. The search was conducted by Management and Program Analyst from the Executive support Unit within the Custody Management Division at Headquarters. The search was done using the terms "Scarborough" and "Scarborough Facility." The search for ERO inspection records relating to the Scarborough, Maine facility returned no potentially responsive records.

## III.    ADDITIONAL INFORMAITON ABOUT EROS' SEARCH IN RESPONSE TO PLAINTIFFS' FOIA REQUEST.

2

5.      As my First Declaration explains at Paragraph 22, the FOIA POC in the ERO Boston Field Office tasked two Assistant Field Office Directors ("AFODs") and the SDDO from the ERO Boston Field Office with conducting searches because these individuals would be reasonably likely to have responsive records related to the Request based on their job duties. Collectively, these three individuals were the only directors and/or supervisors of the Boston Field Office that oversaw operations in Maine and/or would be involved in plans for ERO facilities in the state of Maine.

## IV.      **JURAT CLAUSE**

6.      I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Signed this 23rd day of January 2023.

_____
Fernando Pineiro
FOIA Director
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

3