**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

IMMIGRANT LEGAL ADVOCACY PROJECT )
and AMERICAN CIVIL LIBERTIES UNION )
OF MAINE FOUNDATION, )
                              )
          Plaintiffs, )
                              )
       v. )          Case No. 2:21-cv-00066-JAW
                              )
U.S. IMMIGRATION AND CUSTOMS )
ENFORCEMENT, )
                              )
          Defendant. )

### <u>DECLARATION OF AUSA KATELYN SANER</u>

I, Katelyn E. Saner, hereby declare as follows pursuant to 28 U.S.C. § 1764:

      1.       I am an Assistant United States Attorney for the District of Maine, and represent Defendant U.S. Immigration and Customs Enforcement ("ICE" or "Defendant") in the above-captioned lawsuit.

      2.       This declaration is based on my personal knowledge.

      3.       A true and accurate copy of ECF No. 1-1 filed on July 29, 2019 on CM/ECF in ACLU v. USCIS, 19-cv-7058 (S.D.N.Y.) is attached hereto as **Exhibit A.** This filing is a FOIA request submitted by the ACLU to ICE on October 3, 2018.

      4.       A true and accurate copy of ICE's production cover letter in this matter to Plaintiffs dated January 27, 2023 is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 30, 2023

                                           /s/ Katelyn E. Saner
                                           Katelyn E. Saner
                                           Assistant U.S. Attorney