**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IMMIGRANT LEGAL ADVOCACY PROJECT and AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:21-CV-00066-JAW |

## DECLARATION OF ANAHITA D. SOTOOHI IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Anahita D. Sotoohi, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am a Legal Fellow for the American Civil Liberties Union of Maine Foundation ("ACLU of Maine"), a Plaintiff in this matter. I have held this position since September 2021.

2.  In the course of my employment with the ACLU of Maine, I routinely interact with other ACLU of Maine employees and ACLU of Maine board members.

3.  The American Civil Liberties Union of Maine Foundation and the American Civil Liberties Union are distinct organizations with separate employees, boards of directors, and members.

Signed this 14th day of February, 2023.


/s/ Anahita D. Sotoohi

Anahita D. Sotoohi
Legal Fellow
American Civil Liberties Union of Maine Foundation
P.O. Box 7860
Portland, Maine 04112

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 14, 2023, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing to all counsel of record.

Dated: February 14, 2023

<div style="margin-left:50%;">

/s/Anahita D. Sotoohi
Anahita D. Sotoohi
American Civil Liberties Union of Maine
Foundation
P.O. Box 7860
Portland, Maine 04112
(207) 613-4350
*asotoohi@aclumaine.org*

</div>

2