UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IMMIGRANT LEGAL ADVOCACY PROJECT, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | 2:21-cv-00066-JAW |

## ORDER AFFIRMING RECOMMENDED DECISION

The United States Magistrate Judge filed with the Court on March 27, 2023, his Recommended Decision. *Recommended Decision on Mots. for Summ. J.* (ECF No. 52). Neither party filed an objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 52) and thereby:

- GRANTS partial summary judgment in favor of Plaintiffs;
- ORDERS Defendant to supplement the search of the Policy Library (a) through an electronic search using additional search terms to identify

any policies, policy statements, and written guidance applicable to any detainees and detention activities (including when an individual who is presented for a "check-in" might be held) at the Scarborough facility, and (b) through the disclosure by the Boston Field Office supervisory and responsible employees of the policies they understand govern the detention or holding of individuals at the Scarborough facility; and

- GRANTS summary judgment in favor of Defendant on the other issues that are the subject of the motions for summary judgment.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of April, 2023