## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IMMIGRANT LEGAL ADVOCACY PROJECT and AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:21-cv-00066-JAW |

### JOINT MOTION TO VACATE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. #56)

Plaintiffs Immigrant and Legal Advocacy Project and American Civil Liberties Union of Maine Foundation (together, "Plaintiffs") and Defendant United States Immigration and Customs Enforcement ("ICE" or "Defendant" and, together with Plaintiffs, the "Parties") jointly move to vacate the briefing deadlines for Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. #56). In support, the parties submit as follows:

1. On July 11, 2023, Plaintiffs filed Plaintiffs' Motion for Attorneys' Fees and Costs. *See* Dkt. 56.

2. Following two extension requests, Defendant's deadline to oppose Plaintiffs' Motion for Attorneys' Fees and Costs is currently set at October 20, 2023.

3. On September 28, 2023, the parties entered into a Settlement Agreement and Release, attached hereto as <u>Exhibit A</u>, which fully resolves the issues raised in Plaintiffs' Motion for Attorneys' Fees and Costs.

4. Accordingly, the parties agree that no further briefing is necessary to resolve the issues raised in Plaintiffs' Motion for Attorneys' Fees and Costs. The parties

thus jointly request that the Court vacate the upcoming briefing deadlines for Plaintiffs'

Motion for Attorneys' Fees and Costs.

WHEREFORE, the parties respectfully request that the Court grant this joint

motion to vacate the briefing deadlines for Plaintiffs' Motion for Attorneys' Fees and

Costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DARCIE N. MCELWEE<br>United States Attorney |
| Dated: September 28, 2023 | */s/ Katelyn E. Saner*<br>Katelyn E. Saner<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>100 Middle Street<br>East Tower, 6th Floor<br>Portland, ME 04101<br>(207) 780-3257<br>Katelyn.Saner@usdoj.gov<br>*Attorney for Defendant* |
| Dated: September 28, 2023 | */s/ Anahita Sotoohi (with permission)*<br>Anahita Sotoohi<br>Carol Garvan<br>American Civil Liberties Union of Maine<br>Foundation<br>P.O. Box 7860<br>Portland, Maine 04112<br>(207) 619-8687<br>asotoohi@aclumaine.org<br>cgarvan@aclumaine.org<br><br>*/s/ Anna Welch (with permission)*<br>Anna R. Welch<br>Refugee and Human Rights Clinic at<br>University of Maine School of Law<br>246 Deering Avenue, 5th Floor<br>Portland, Maine 04102 |

(207) 228-8709
anna.r.welch@maine.edu

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing to all counsel of record.

DARCIE N. MCELWEE
United States Attorney

*/s/ Katelyn E. Saner*
Katelyn E. Saner
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Katelyn.Saner@usdoj.gov

4